United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PEREZ, et al., ) | No. C 07-4454 MJJ (PR) |
| Plaintiffs, ) | **ORDER DENYING RECONSIDERATION** |
| v. ) | |
| BEN CURRY, et al., ) | **(Docket No. 7)** |
| Defendants. ) | |

Jaime Perez, a California prisoner at the California Training Facility, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983.[1] The complaint was dismissed for failure to state a cognizable claim for relief. Mr. Perez has filed a motion for reconsideration.

Rule 60(b) of the Federal Rules of Civil Procedure provides for reconsideration only upon a showing of: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; or (6) any other reason justifying relief. See Fed. R. Civ. P. 60(b); School Dist. No. 1J, 5 F.3d at 1263. Subparagraph (6)

---

[1] Mr. Perez included numerous other inmates as plaintiffs. As explained in the dismissal order, as a pro se plaintiff, Mr. Perez he may not appear on another person's behalf in the other's cause. See Iannaccone v. Law, 142 F.3d 553, 558 (2d Cir. 1998).

G:\PRO-SE\MJJ\CR.07\perez.rec.wpd

requires a showing that the grounds justifying relief are extraordinary; mere dissatisfaction with the court's order or belief that the court is wrong in its decision are not adequate grounds for relief. See Twentieth Century - Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981). Plaintiff does not make a showing of mistake, inadvertence, surprise or excusable neglect. He does not set forth any newly discovered evidence, fraud, or any grounds for finding that the judgment is void or has been satisfied. Nor does he set forth any other reason justifying relief. Rather, plaintiff simply argues that the complaint demonstrated that his "rights to relief under § 1983 were violated" and that the complaint "laid out material facts of Law that are clearly violated." While such arguments may be properly advanced on appeal, they are not a basis for reconsideration. See id. (motions for reconsideration are not a substitute for appeal or a means of attacking some perceived error of the court). Accordingly, plaintiff's motion for reconsideration is DENIED.

This order terminates Docket No. 7.

IT IS SO ORDERED.

DATED: 10/23/07

_____
MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\CR.07\perez.rec.wpd                2