UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMIE PEREZ,

        Plaintiff,

  v.

CA. DEPT OF CORRECTIONS et al.,

        Defendant.

Case Number: CV07-04454 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jaimie Perez  
Correctional Training Facility  
Prisoner Id P-73648  
P.O. Box 689  
Soledad, CA 93960-0689

Dated: October 24, 2007

Richard W. Wieking, Clerk  
By: R.B. Espinosa, Deputy Clerk